```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**ROGER BLAKE, M.D.**                                           **PLAINTIFF**

VS.                                      CIVIL ACTION NO. 3:05CV187BS

**THE UNIVERSITY OF MISSISSIPPI MEDICAL CENTER,
DR. DANIEL JONES, IN HIS OFFICIAL CAPACITY
AS CHANCELLOR OF THE UNIVERSITY OF MISSISSIPPI
MEDICAL CENTER, JAMES ROY KLUMB, ED BLAKESLEE,
THOMAS W. COLBERT, DR. RICHARD A. CROFTS, DR.
L. STACY DAVIDSON, JR., DR. D. E. MAGEE, JR.,
DR. BETTYE HENDERSON NEELY, VIRGINIA SHANTEAU
NEWTON, BOB OWENS, AUBREY PATTERSON, ROBIN
ROBINSON, SCOTT ROSS, AMY WHITTEN, IN THEIR
OFFICIAL CAPACITIES AS MEMBERS OF THE BOARD
OF TRUSTEES OF STATE INSTITUTIONS OF HIGHER
LEARNING AND PAUL TRUSSELL, INDIVIDUALLY AND
AS DIRECTOR OF HUMAN RESOURCES OF THE UNIVERSITY
OF MISSISSIPPI MEDICAL CENTER**                              **DEFENDANTS**

### FINAL JUDGMENT

In accordance with Rule 58 of the Federal Rules of Civil Procedure and with the Opinion and Order which granted dispositive Motions filed by all Defendants, this case is hereby finally dismissed with prejudice.

SO ORDERED this the 28th day of March, 2006.

                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE

tct